FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

APR 3 0 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: ___ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>LOUIS MATTHEWS,<br><br>Defendant | Case No.: 2:15-cr-00062-APG-CWH<br><br>Order Compelling Testimony of Victor Nunez<br><br>[ECF No. 328] |

The United States has moved for an Order compelling testimony of Victor Nunez under a grant of immunity. I find that Victor Nunez has refused, or will refuse, to testify or provide other information on the basis of his privilege against self-incrimination. Pursuant to the Organized Crime Control Act of 1970, Assistant Attorney General Leslie Caldwell has approved the United States Attorney's request for immunity. The United States has determined that the testimony from Mr. Nunez may be necessary to the public interest.

IT IS ORDERED that, in accordance with the Organized Crime Control Act of 1970, 18 U.S.C. § 6001 et seq., Victor Nunez shall give testimony or provide other information in the trial of this matter, and any other related proceedings, and that no testimony or other information given by Victor Nunez based upon this Order or any information directly or indirectly derived from such testimony or other information, may be used against him in any criminal case, except a prosecution for perjury, giving a false statement, or otherwise failing to comply with this Order.

DATED this 30 day of April, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE