UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No.: 2:15-cr-00062-APG-CWH |
|---|---|
| Plaintiff | **Order Rescheduling Sentencing Hearing** |
| v. | [ECF No. 344] |
| LOUIS MATTHEWS, | |
| Defendant | |

Defendant Louis Matthews has moved to continue his sentencing for 90 days because he anticipates being named executor of his grandmother's estate. ECF No. 344. He provides no evidence to support this supposition. But even if true, it is doubtful he can qualify as an executor. *See* Nev. Rev. Stat. § 138.020(1)(b). And even if he is permitted to serve as executor, he can perform those functions from a Bureau of Prisons facility located out of state. The difficulties of serving as an executor while housed at the Nevada Southern Detention Center in Pahrump are not greatly enhanced if Matthews is transferred to a facility out of state. He will still have access to phones, mail, etc. I therefore will deny the motion. However, because of a scheduling conflict, I will move the sentencing hearing.

IT IS ORDERED that the defendant's motion to continue sentencing **(ECF No. 344) is DENIED.**

IT IS FURTHER ORDERED that the August 1, 2019 sentencing hearing is vacated and rescheduled for **Monday August 5, 2019 at 2:00.**

DATED this 19th day of July, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE