

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LOUIS MATTHEWS (2),<br><br>Defendant. | Case No. 2:15-CR-00062-APG-DJA<br><br>**ORDER TEMPORARILY UNSEALING TRANSCRIPT** |

On October 21, 2019, Katherine Eismahn, Official Court Transcriber, received a Transcript Order from Mark D. Eibert, counsel for defendant, requesting a transcript of the sealed hearing April 9, 2019, in the above-entitled matter.

**IT IS THE ORDER OF THE COURT** that the sealed hearing shall be unsealed for the limited purpose of providing a copy of the transcript as requested.

**IT IS FURTHER ORDERED** that the sealed hearing shall thereafter be resealed and a certified copy of the transcript be delivered to the Clerk pursuant to 28, U.S.C., Section 73(b) and remained sealed until further order of the Court.

**IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcript to anyone other than the representatives of the parties directly concerned with this case.

**DATED** this 29th day of October.

ANDREW P. GORDON
U.S. DISTRICT COURT JUDGE

ORDER - 1