# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:15-cr-00062-APG-DJA |
| Plaintiff | **Order** |
| v. | |
| LOUIS MATTHEWS, | |
| Defendant | |

I ORDER that the Government shall file a response to defendant Louis Matthews' motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 (ECF No. 438) by October 6, 2022.

I FURTHER ORDER that defendant Louis Matthews shall file a reply by November 7, 2022.

DATED this 6th day of September, 2022.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE