**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:15-cr-00062-APG-DJA |
| Plaintiff | **Order** |
| v. | |
| LOUIS MATTHEWS, | |
| Defendant | |

Defendant Louis Matthews filed a motion under 28 U.S.C. § 2255 claiming, among other things, that his trial counsel was ineffective. ECF No. 438.  I previously ordered Matthews' prior counsel, Mace Yampolsky, to file affidavits addressing Matthews' ineffective assistance claim. ECF Nos. 456; 460.  I also allowed the parties to file optional reply briefs limited to five pages. ECF No. 456 at 2.

It does not appear from the record that Matthews was sent Yampolsky's affidavits. Consequently, I direct the clerk of court to send Matthews the two affidavits, and I extend the time for Matthews to file a supplemental reply brief.

I THEREFORE ORDER the clerk of court to send Matthews copies of ECF Nos. 459 and 461, which are Mace Yampolsky's affidavits.

I FURTHER ORDER that Louis Matthews may file an optional reply brief, limited to five pages and addressing only the Yampolsky affidavits, **by July 14, 2023**.

DATED this 10th day of June, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE