UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:15-cr-00062-APG-DJA |
| Plaintiff | **Order Appointing Counsel for Evidentiary Hearing** |
| v. | |
| LOUIS MATTHEWS, | |
| Defendant | |

    I previously ordered an evidentiary hearing on two grounds from defendant Louis Matthews' motion under 28 U.S.C. § 2255 and set a status report deadline for August 31, 2023. ECF No. 479.  Under Rule 8(c) of the Rules Governing Section 2255 Proceedings, I must appoint Matthews counsel after determining that an evidentiary hearing is warranted.

    I THEREFORE ORDER the clerk of court to contact the CJA clerk for the purpose of appointing new counsel for Louis Matthews for the evidentiary hearing.  Once counsel is appointed, they should review the papers and orders related to Matthews' motion, contact Matthews to discuss the evidentiary hearing, and then contact counsel for the government to prepare the joint status report.

    I FURTHER ORDER that the parties' deadline to file the joint status report regarding the evidentiary hearing on Matthews' two remaining grounds for relief is extended to October 2, 2023.

    DATED this 28th day of August, 2023.

 

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE