# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff<br><br>v.<br><br>LOUIS MATTHEWS,<br><br>  Defendant | Case No.: 2:15-cr-00062-APG-DJA<br><br>**Order Setting Evidentiary Hearing** |

    Based on the parties' joint status report (ECF No. 487), the evidentiary hearing on Louis Matthews' motion will be held on Thursday, February 1, 2024 beginning at 9:00 a.m. in Las Vegas courtroom 6C.  The parties shall subpoena their expected witnesses or otherwise arrange for their appearances on that date.  The parties shall cooperate in arranging with the United States Marshal and the Bureau of Prisons to have Mr. Matthews transported to the Nevada Southern Detention Center in Pahrump, Nevada so that he arrives no later than December 26, 2023.

    DATED this 2nd day of October, 2023.

                                                                               ANDREW P. GORDON<br>
                                                                               UNITED STATES DISTRICT JUDGE