# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| United States of America, | Case No. 2:15-cr-00062-APG-DJA |
| Plaintiff, | |
| v. | **Order** |
| Louis Matthews, | |
| Defendant. | |

Before the Court is Louis Matthews' unopposed motion to direct the Nevada Southern Detention Center and/or the United States Marshals Service to provide eyeglasses. (ECF No. 490). Mr. Matthews explains that, shortly after the United States Marshals Service (USMS) transported him to Nevada, his eyeglasses broke and were thus not transported. When Mr. Matthews arrived at the Nevada Southern Detention Center (NSDC), he formally requested new glasses. But the NSDC informed him that he must seek and obtain a court order to receive prescription eyewear. Mr. Matthews explains that he has an evidentiary hearing coming up on February 1, 2024 and has a strong interest in being able to read relevant materials and assist appointed counsel in representing him. Mr. Matthews adds that counsel for the Government does not oppose the motion.

///

///

///

**IT IS THEREFORE ORDERED** that Mr. Matthews' motion (ECF No. 490) is **granted.**

**IT IS FURTHER ORDERED** that the NSDC and USMS must: (1) coordinate to acquire Mr. Matthews' eyewear prescription from United States Prison McCreary, Pine Knot, Kentucky or to obtain a new one if Mr. Matthews needs a new prescription; and (2) provide Mr. Matthews with corrective eyewear pursuant to that prescription on or before **January 17, 2023**.

DATED: December 18, 2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE