**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff<br><br>v.<br><br>LOUIS MATTHEWS,<br><br>  Defendant | Case No.: 2:15-cr-00062-APG-DJA<br><br>**Order**<br><br>[ECF No. 502] |

I ORDER that defendant Louis Matthews' unopposed motion to unseal **(ECF No. 502) is GRANTED**.  The clerk of court shall provide a copy of ECF Nos. 64, 96, 105, 139, 143, 235, 237, 297, 369 and the attached exhibits, 385, 386, and 390 to Louis Matthews' counsel, Jason F. Carr, **for attorney's eyes only**.  **Attorney Jason F. Carr shall not show or provide these documents to anyone, including his client, absent further order of the court.**

DATED this 10th day of April, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE