UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>v.<br><br>LOUIS MATTHEWS,<br><br>    Defendant | Case No.: 2:15-cr-00062-APG-DJA<br><br>**Order Granting Motion for Attorney to Withdraw**<br><br>[ECF No. 515] |

I ORDER that the motion filed by Jason Carr to withdraw as counsel for defendant Louis Matthews **(ECF No. 515) is GRANTED**. I direct the CJA panel coordinator to appoint new counsel for Mr. Matthews. I further direct Mr. Carr to forward his file to the new lawyer once they are appointed.

I FURTHER ORDER that newly appointed counsel will file a status report regarding their progress on getting up to speed on the case, and a suggested briefing schedule, by **September 19, 2024**.

DATED this 18th day of July, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE