# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff<br><br>v.<br><br>LOUIS MATTHEWS,<br><br>　　　Defendant | Case No.: 2:15-cr-00062-APG-DJA<br><br>**Order**<br><br>[ECF No. 502] |

　　　I ORDER that defendant Louis Matthews' motion to transfer sealed documents to newly appointed counsel **(ECF No. 518) is GRANTED**.  Attorney Jason F. Carr shall provide the sealed documents to Louis Matthews' new counsel, Christopher R. Oram, **for attorney's eyes only**.  **Attorney Christopher R. Oram shall not show or provide these documents to anyone, including his client, absent further order of the court.**

　　　DATED this 3rd day of September, 2024.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE