# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| United States of America, | Case No. 2:15-cr-00062-APG-DJA-2 |
| Plaintiff, | |
| v. | **Order** |
| Louis Matthews, | |
| Defendant. | |

Before the Court is Defendant Louis Matthews' "Unopposed Motion for Court Order re Medical Care." (ECF No. 524). Matthews filed the motion pro se, meaning on his own behalf. However, he is represented by counsel. And under Nevada Local Rule[1] IA 11-6(a), "once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filings must thereafter be made by the attorney." So, the Court denies Matthews' motion (ECF No. [524]) and strikes the filing from the docket. *See* LR IC 7-1 (providing that the Court may strike documents that do not comply with the Local Rules). Matthews must contact his attorney regarding his request rather than filing documents on his own.

---

[1] This refers to the Local Rules of Practice for the United States District Court for the District of Nevada, which can be found online at https://www.nvd.uscourts.gov/court-information/rules-and-orders/

1  **IT IS THEREFORE ORDERED** that Defendant's motion (ECF No. 524) is **denied.**

2  **IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to **strike** the

3  motion (ECF No. 524) from the docket.

4  **IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to **send**

5  Matthews a copy of this order at the below address:

Louis R. Matthews
38683-048
Nevada Southern Detention Center
2190 E. Mesquite Ave.
Pahrump, NV 89060

DATED: April 4, 2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE