1  CHRISTOPHER R. ORAM, ESQ.
   Nevada State Bar No. 4349
2  520 S. Fourth Street, Second Floor
   Las Vega, Nevada 89101
3  contact@christopheroramlaw.com
   *Attorney for Louis Matthews*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LOUIS MATTHEWS,<br><br>Defendant. | CASE NO.: 2:15-cr-00062-APG-DJA-2<br><br>**STIPULATION TO CONTINUE THE SUPPLEMENTAL BRIEF DEADLINES (SECOND STIPULATION)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, Esq., United States Attorney, and Joshua Brister, Esq., Assistant United States Attorney, and Christopher R. Oram, Esq., of the Law Office of Christopher R. Oram, Esq., CJA appointed counsel for Louis Matthews; hereby stipulate and agree to continue the deadline by (90) Ninety days for the Supplemental Brief and Exhibits from the due date of August 31, 2025, (ECF 527) to a new date of November 29, 2025.

The Government's response to the Supplemental Brief should be continued as well to (60) sixty days after the filing.

The parties enter this stipulation for the following reasons:

1. Good cause exists to continue the Supplemental Brief and Exhibits from the due date of August 31, 2025, (ECF 527) to a ninety (90) day extension to November 29, 2025.

1

2. The undersigned is preparing for a Federal Jury Trial set to commence on September 22, 2025.[1]

3. The parties' proposed stipulation to continue the Supplemental Brief will allow Mr. Matthews Investigator additional time to conduct a thorough investigation into this case and complete the requested tasks.

4. Thus, good cause exists to continue the deadline by an additional 90 (ninety) days to ensure Mr. Louis Matthews is afforded ample time to complete the Supplemental Brief and Exhibits. This will also allow the investigator to continue his investigation.

This is the second Stipulation for a continuance.

Dated this the 29th day of August, 2025.

Respectfully submitted by:

**Christopher R. Oram, Esq.**
The Law Office of Christopher R. Oram, Esq.
/s/ *Christopher R. Oram*
*Attorney for Louis Matthews*

**Joshua Brister, Esq.**
Assistant United States Attorney
United States Attorney's Office, District of Nevada
/s/ *Joshua Brister*

CHRISTOPHER R. ORAM, ESQ.
Nevada State Bar No. 4349
520 S. Fourth Street, Second Floor
Las Vega, Nevada 89101
contact@christopheroramlaw.com
*Attorney for Louis Matthews*

---

[1] The United States of America v. Elijah Shelton, Case no. 2:24-cr-00001-JCM-BNW

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 2:15-cr-00062-APG-DJA-2 |
| Plaintiff, | |
| vs. | **FINDINGS OF FACT** |
| LOUIS MATTHEWS, | |
| Defendant. | |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Defense counsel is preparing for a Federal Jury Trial set to commence on September 22, 2025.

2. Extending the Supplemental Brief will allow Mr. Matthews Investigator proper time to conduct a thorough investigation into this case and complete the requested task.

3. The Defendant is detained and does not object to the continuance.

3. The parties agree to the continuance.

4. Denial of this request for continuance would deny counsel for the defendant sufficient time within which to be able to effectively and thoroughly research his case, taking into account the exercise of due diligence.

5. This continuance is not sought for purposes of delay.

6. Denial of this request could result in a miscarriage of justice, and the ends of justice served by granting this request outweigh the best interest of the public and the defendants in a speedy trial.

3

7. This is the second stipulation made by the undersigned and Mr. Joshua Brister to extend the Supplemental Brief deadline. For all of the above-stated reasons, the ends of justice would best be served by a continuance.

## CONCLUSIONS OF LAW

The instant litigation is a post-conviction matter, initiated by defendant Louis Matthews' filing of a pro se 28 U.S.C. § 2255 motion where the provisions of The Speedy Trial Act do not apply. See 18 U.S.C. § 3162(d)(2)(2018) (applying its protections only to defendants that are "to be tried upon indictment or information"); see also United States v. Nickerson, 731 F.3d 1009, (9th Cir. 2013) (explaining that, when read in the context of the statue as a whole, § 3162(d)(2) applies only to "offenses" as defined by 18 U.S.C. § 3172). Instead, Rule 8 of the Rules Governing § 2255 Cases states that the hearing must be conducting "as soon as practicable after giving the attorneys adequate time to investigate and prepare." Since the parties have stipulated to facts indicating that appointed counsel for Mr. Matthews needs further time to allow investigation to prepare for his Supplemental filing, it is appropriate to grant that party's request to move the date to file by (90) ninety days.

## ORDER

Therefore, it is hereby ordered that the Supplemental brief and Exhibits be extended (90) ninety days from August 31, 2025, to a new date of December 1, 2025.

Additionally, the Governments response shall be due (60) sixty days after the filing of the Supplemental Brief, of a new date of January 30, 2026.

IT IS SO ORDERED:

Dated:   September 2, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE