**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LOUIS MATTHEWS,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CASE NO.: 2:15-cr-00062-APG-DJA-2

**ORDER**

It is hereby ordered that the Supplemental brief and Exhibits be extended (60) sixty days from March 2, 2026, to a new date of ___May 1, 2026___.

The Governments response shall be due (60) sixty days after the filing of the Supplemental Brief, of a new date of ___June 30, 2026___.

Additionally, the Reply Brief shall be due (45) forty-five days after the filing of the Governments Response, of a new date of ___August 14, 2026___.

**IT IS SO ORDERED** this ___3rd___ day of March, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

5