**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO.: 2:15-cr-00062-APG-DJA-2 |
| Plaintiff, | ) |
| vs. | ) **ORDER** |
| LOUIS MATTHEWS, | ) |
| Defendant. | ) |

Therefore, it is hereby ordered that the Supplemental brief and Exhibits be extended (31) thirty-one days from May 1, 2026, to a new date of ___June 1, 2026_____.

The Governments response shall be due (60) sixty days after the filing of the Supplemental Brief, of a new date of _____July 31, 2026_____.

Additionally, the Reply Brief shall be due (45) forty-five days after the filing of the Governments Response, of a new date of ____September 14, 2026_____.

IT IS SO ORDERED:

Dated:___May 4, 2026_____

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

5