CHRISTOPHER R. ORAM, ESQ.
**Law Office of Christopher R. Oram, Esq.**
Nevada Bar No. 4349
520 S. Fourth St., Second Floor
Telephone: (702) 598-1471
contact@christoheroramlaw.com
*Attorney for Louis Matthews*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA, LAS VEGAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 2:15-CR-00062 |
| Plaintiff, | **ORDER GRANTING** |
| vs. | **UNOPPOSED MOTION FOR ACCESS TO SEALED ECF FILINGS** |
| LOUIS MATTHEWS | |
| Defendant. | |

    COMES NOW Defendant, by and through Christopher R. Oram, Esq., and respectfully moves this Honorable Court for an Order granting defense counsel access to sealed docket entries in the above-captioned matter, specifically ECF Nos. 64, 96, 105, 139, 143, 235, 237, 297, 369 (including exhibits), 385, 386, and 390 (Minutes Only).

    This Motion is made and based upon the following Memorandum of Points and Authorities and all papers and pleadings on file herein.

    Dated this the 29th day of May, 2026.

    Respectfully submitted,

                                    /s/Christopher R. Oram, Esq.

                                    CHRISTOPHER R. ORAM, ESQ.
                                    Nevada Bar No. 4349
                                    contact@christoheroramlaw.com
                                    *Attorney for Mr. Matthews*

1

**POINTS AND AUTHORITIES**

Prior counsel was previously granted access to certain sealed docket entries pursuant to this Court's Order entered on April 10, 2024. In that Order, the Court directed the Clerk of Court to provide counsel with copies of the relevant ECF filings. ECF No. 505.

Undersigned counsel was appointed to represent Mr. Matthews in the above-captioned matter on July 22, 2024. ECF 517. Following appointment, undersigned counsel filed a motion requesting transfer/access to those same documents. ECF 518. This motion was granted. ECF 519.  In response, a PDF copy of the filings was transmitted to undersigned counsel. However, the documents require a password for access, and despite diligent efforts, undersigned counsel has been unable to obtain the password or otherwise access the contents of the files.

Undersigned counsel contacted prior defense counsel, counsel for the Government, and the Courtroom Administrator regarding access to the sealed materials. Those efforts were unsuccessful because the parties either do not possess the password necessary to access the files or do not possess the ECF documents themselves.

Accordingly, counsel respectfully requests that the Court provide undersigned counsel access to the sealed filings identified herein, either through CM/ECF permissions or by reissuing accessible copies of the documents.

The undersigned further requests that the Government receive accessible copies of these sealed filings as well. The following sealed docket entries are being requested, ECF No. 64, ECF No. 96, ECF No. 105, ECF No. 139, ECF No. 143, ECF No. 235, ECF No. 237, ECF No. 297, ECF No. 369, including exhibits, ECF No. 385, ECF No. 386 and ECF No. 390 (Minutes Only).

Good cause exists for the requested relief because defense counsel was already granted access to the sealed filings by prior Order of this Court. ECF 519.

Additionally, undersigned counsel requires access to the underlying documents in order to complete and finalize the supplemental brief currently being prepared on Defendant's behalf. See ECF No. 535. Without access to these filings, counsel cannot adequately review the complete record necessary to effectively prepare Defendant's brief.

Counsel for the Government does not oppose the motion.

## CONCLUSION

Defendant respectfully requests that this Court enter an Order: (1) directing the Clerk's Office, or such other appropriate custodian, to provide accessible, non-password-protected versions of the sealed filings or otherwise restore CM/ECF access to those documents; and (2) directing that both undersigned counsel and the Government's counsel, Mr. Joshua Brister, be provided with accessible copies of the same sealed filings.

Respectfully submitted,

*/s/Christopher R. Oram, Esq.*
CHRISTOPHER R. ORAM, ESQ.
Nevada Bar No. 4349
contact@christopheroramlaw.com
*Attorney for Louis Matthews*

IT IS SO ORDERED:

Dated:___June 1, 2026_____

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

3