**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

vs.

LOUIS MATTHEWS,

Defendant.

CASE NO.: 2:15-cr-00062-APG-DJA-2

**ORDER**

Therefore, it is hereby ordered that the Supplemental brief and Exhibits be extended (30) thirty days from June 1, 2026, to a new date of _____ July 1, 2026 _____.

The Governments response shall be due (60) sixty days after the filing of the Supplemental Brief, of a new date of _____ August 31, 2026 _____.

Additionally, the Reply Brief shall be due (45) forty-five days after the filing of the Governments Response, of a new date of _____ October 15, 2026 _____.

**IT IS SO ORDERED** this __2nd__ day of June, 2026.

_____
ANDREW P. GORDON
CHIEF U.S. DISTRICT JUDGE

6