CHRISTOPHER R. ORAM, ESQ.
Nevada State Bar No. 4349
520 S. Fourth Street, Second Floor
Las Vega, Nevada 89101
contact@christopheroramlaw.com
*Attorney for Louis Matthews*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        vs.<br><br>LOUIS MATTHEWS,<br><br>                    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO.: 2:15-cr-00062-APG-DJA-2<br><br>**STIPULATION TO CONTINUE THE SUPPLEMENTAL BRIEF DEADLINES (SEVENTH STIPULATION FOR COUNSEL)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Joshua Brister, Esq., Assistant United States Attorney, and Christopher R. Oram, Esq., of the Law Office of Christopher R. Oram, Esq., CJA appointed counsel for Louis Matthews; hereby stipulate and agree to continue the deadline by (47) forty-seven days for the Supplemental Brief and Exhibits from the due date of July 1, 2026, to a new date of Monday, August 17, 2026.

The Government's response to the Supplemental Brief should be continued as well to (60) sixty days after the filing.

The Defendants Reply to the Governments response brief should be continued as well to (45) forty-five days after the filing.

The parties enter this stipulation for the following reasons:

1. Good cause exists to continue the Supplemental Brief and Exhibits from the due date of July 1, 2026, to a forty-seven (47) day extension to August 17, 2026.

1

2. The Supplemental Brief is actively being worked on and is in progress; however, additional time is needed to complete the remaining portions.

3. Undersigned counsel filed an unopposed motion seeking access to sealed ECF documents. See ECF No. 536. Counsel has since reviewed the sealed materials.

4. The Undersigned and Joshua Brister, Assistant United States Attorney, are currently in a Multi-Defendant Federal Drug Trial. *The United States of America v. Harris, et al*, case No. 2:23-CR-00113-CDS-NJK.

5. This requested extension is not for delay, but to ensure the brief is fully finalized, carefully reviewed, and thoroughly responsive to the issues presented.

6. Mr. Matthews is currently in custody and has agreed to the request for an extension of time.

7. That a denial of this request would result in a miscarriage of justice.

Dated this the 29th day of June, 2026.

Respectfully submitted by both parties:

**Christopher R. Oram, Esq.**
The Law Office of Christopher R. Oram, Esq.
/s/ *Christopher R. Oram*
*Attorney for Louis Matthews*

**Joshua Brister, Esq.**
United States Attorney's Office
/s/ *Joshua Brister*
*Assistant United States Attorney*

CHRISTOPHER R. ORAM, ESQ.
Nevada State Bar No. 4349
contact@christopheroramlaw.com
*Attorney for Louis Matthews*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>  vs.<br><br>LOUIS MATTHEWS,<br><br>   Defendant. | CASE NO.: 2:15-cr-00062-APG-DJA-2<br><br>**FINDINGS OF FACT** |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The undersigned has communicated with Mr. Matthews on numerous occasions and needs additional time to continue reviewing the issues and conferring with him regarding the matter.

2. The Defendant is detained and does not object to the continuance.

3. The parties agree to the continuance.

4. Denial of this request for a continuance would prevent undersigned counsel from effectively and thoroughly completing the necessary research in this matter, despite the exercise of due diligence.

5. This continuance is not sought for purposes of delay.

6. Denial of this request could result in a miscarriage of justice, and the ends of justice served by granting this request outweigh the best interest of the public and the defendants in a speedy trial.

7.  This is the Seventh stipulation made by the undersigned and Mr. Joshua Brister to extend the Supplemental Brief deadline.

For all of the above-stated reasons, the ends of justice would best be served by a continuance.

### **CONCLUSIONS OF LAW**

The instant litigation is a post-conviction matter, initiated by defendant Louis Matthews' filing of a pro se 28 U.S.C. § 2255 motion where the provisions of The Speedy Trial Act do not apply. See 18 U.S.C. § 3162(d)(2)(2018) (applying its protections only to defendants that are "to be tried upon indictment or information"); see also United States v. Nickerson, 731 F.3d 1009, (9th Cir. 2013) (explaining that, when read in the context of the statue as a whole, § 3162(d)(2) applies only to "offenses" as defined by 18 U.S.C. § 3172). Instead, Rule 8 of the Rules Governing § 2255 Cases states that the hearing must be conducting "as soon as practicable after giving the attorneys adequate time to investigate and prepare." Since the parties have stipulated to facts indicating that appointed counsel for Mr. Matthews needs further time to finalize his Supplemental filing, it is appropriate to grant that party's request to move the date to file by (47) forty-seven days.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>     vs.<br><br>LOUIS MATTHEWS,<br><br>     Defendant. | CASE NO.: 2:15-cr-00062-APG-DJA-2<br><br>**ORDER** |

Therefore, it is hereby ordered that the Supplemental brief and Exhibits be extended (47) forty-seven days from July 1, 2026, to a new date of ___August 18, 2026___.

The Governments response shall be due (60) sixty days after the filing of the Supplemental Brief, of a new date of ___October 19, 2026___.

Additionally, the Reply Brief shall be due (45) forty-five days after the filing of the Governments Response, of a new date of ___December 3, 2026___.

**IT IS SO ORDERED** this 30th day of June, 2026.

_____

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

5