**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff

v.

LOUIS MATTHEWS,

Defendant

Case No.: 2:15-cr-00062-APG-DJA

**Order Granting Motion to Seal**

[ECF No. 545]

I ORDER that defendant Louis Matthews' motion to seal **(ECF No. 545) is GRANTED**.

DATED this 2nd day of September, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE